IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM A. ROBERTS,

    Plaintiff,

vs.                                      Case No. 4:13cv609-WS/CAS

ROSS MARSHMAN,
and JOHN DOE,

    Defendants.

_____/

## O R D E R

Plaintiff, an inmate proceeding pro se and who was granted leave to proceed in forma pauperis, filed a civil rights complaint under 42 U.S.C. § 1983. Doc. 1. The complaint was reviewed pursuant to 28 U.S.C. § 1915A and a report and recommendation was entered on November 26, 2013, doc. 7, recommending dismissal because the complaint failed to state a claim. On December 12, 2013, Plaintiff filed a motion to withdraw his complaint, doc. 8.

Rule 41(a)(1)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves his answer, or files a motion for summary judgment. It is evident that this motion should be treated as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure

41(a)(1)(i). Since the Defendant has not yet been served, Plaintiff is automatically entitled to take a voluntary dismissal at this time.

Accordingly, it is

**ORDERED**:

1. Plaintiff's motion, doc. 8, is treated as a notice of voluntary dismissal.

2. The report and recommendation, doc. 7, entered on November 26, 2013, is **Vacated**.

3. This cause shall be considered closed upon entry of this order.

**DONE AND ORDERED** on December 16, 2013.

> S/ Charles A. Stampelos
> **CHARLES A. STAMPELOS**
> **UNITED STATES MAGISTRATE JUDGE**